NO. 07-12-00336-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 18, 2012

IN RE LEANNE FARRELL COLLIER, RELATOR

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ORDER**

With the issuance of this Court's opinion in cause number 07-12-0084-CV, Leanne Collier's Petition for Writ of Prohibition is denied as moot. See TEX. R. APP. P. 52.8(d). Furthermore, the stay of all trial court proceedings in trial court cause number 2007-539,120, issued by this Court on August 1, 2012, is hereby lifted.

Per Curiam